SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
JACOB OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
jacob.operskalski@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-093-JAD-EJY |
| Plaintiff, | **Bill of Particulars for Forfeiture of Property** |
| v. | |
| PAUL HYON KIM, | |
| Defendant. | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

This Bill of Particulars for Forfeiture of Property is a clarification of, and is more specific than, the Forfeiture Allegations of the Criminal Indictment, ECF No. 23, and the United States hereby gives notice to the defendant of this clarification and specificity with this Bill of Particulars concerning the forfeiture of the property:

### FORFEITURE ALLEGATION ONE
Arson of Property Used in Interstate Commerce, Attempted Arson of Property Used in Interstate Commerce, and Possession of an Unregistered Firearm

1. The allegations of Counts One through Four of the Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

/ / /

2. Upon conviction of any of the felony offenses charged in Counts One through Four of the Criminal Indictment,

**PAUL HYON KIM,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any violation of any other criminal law of the United States, 18 U.S.C. § 844(i) and 26 U.S.C. § 5861(d):

a. Palmetto State Armory (PSA), PA-15, Multi (caliber), bearing the serial number SCNL242328 with a .300 BLACKOUT upper receiver attached to the lower receiver;

b. Dead Air, Sandman K, 7.62mm, Silencer, bearing the serial number SMK-21705; and

c. any and all compatible ammunition.

All under 18 U.S.C. § 844(i), 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c), and 26 U.S.C. § 5861(d).

### FORFEITURE ALLEGATION TWO
Possession of an Unregistered Firearm

1. The allegations of Count Four of the Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 26 U.S.C. § 5872(a) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count Four of the Criminal Indictment,

**PAUL HYON KIM,**

defendant herein, shall forfeit to the United States of America, any firearm involved in any violation of 26 U.S.C. § 5861(d):

a. Palmetto State Armory (PSA), PA-15, Multi (caliber), bearing the serial number SCNL242328 with a .300 BLACKOUT upper receiver attached to the lower receiver; and

/ / /

2

b.  Dead Air, Sandman K, 7.62mm, Silencer, bearing the serial number SMK-21705.

All under 26 U.S.C. § 5861(d) and 26 U.S.C. § 5872(a) with 28 U.S.C. § 2461(c).

DATED May 16, 2025.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

*/s/ Jacob Operskalski*
JACOB OPERSKALSKI
Assistant United States Attorney

3