MICHAEL L. BECKER
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W. Sahara Avenue
Las Vegas, NV 89102
Telephone - (702) 333-3673
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO.: 2:25-CR-00093-JAD-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE JURY TRIAL** |
| vs. | (***Fourth request***) |
| **PAUL HYON KIM,** | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JACOB H. OPERSKALSKI, Assistant United States Attorney, counsel for the United States of America, MICHAEL L. BECKER, and ADAM M. SOLINGER, counsel for defendant PAUL HYON KIM, that the Jury Trial currently scheduled for January 6, 2026, be vacated and continued for at least 60 days, or a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Since the last stipulation to continue, the Government continues to produce additional discovery. The Defense is still going through this discovery to determine whether there will be a need for any defense experts at trial.

2. Trial is currently scheduled for January 6, 2026.

1

3. The parties agree to the continuance and that a continuance is needed in the interest of justice.

4. It is anticipated that this is the last stipulated continuance.

5. The additional time requested herein is not sought for purpose of delay, but rather to allow the parties sufficient time to prepare for trial or alternatively negotiate a potential resolution. Discovery is ongoing and counsel for the defense is in the process of reviewing the previously provided voluminous discovery with Mr. Kim in addition to the new discovery that has not yet been produced.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time that the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

7. This is the fourth request for continuance of the trial in this case.

8. Mr. Kim has been advised, concurs with this request.

DATED this 8th day of December 2025.

Respectfully Submitted,

/s/ Adam Solinger                                         /s/ Jacob Operskalski
ADAM M. SOLINGER                                   JACOB H. OPERSKALSKI
Attorney for Defendant                                 Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) CASE NO.: 2:25-CR-00093-JAD-EJY |
| vs. | ) **ORDER TO CONTINUE** |
| | ) **JURY TRIAL** |
| **PAUL HYON KIM,** | ) |
| Defendant. | ) |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to prepare for trial.

2. The Defense needs additional time to review the discovery.

3. The parties agree to the continuance.

4. This continuance is not sought for purposes of delay.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

7. This is the fourth requested continuance.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the trial date.

ORDER

IT IS HEREBY ORDERED that the trial in the above-captioned matter currently scheduled for January 6, 2026, at the hour of 9 A.M. be vacated and continued to the _____ day of _____, 2026 at _____ AM/PM

DATED this ____ day of December 2026.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**