MICHAEL L. BECKER
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W. Sahara Avenue
Las Vegas, NV 89102
Telephone - (702) 333-3673
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO.: 2:25-CR-00093-JAD-EJY |
| Plaintiff, | **NOTICE OF INTENT TO PLEA WITHOUT A PLEA AGREEMENT** |
| vs. | |
| **PAUL HYON KIM** | |
| Defendant. | |

Defendant hereby provides notice of his intent to change his previously entered plea of not guilty to guilty.

DATED this 20th day of February 2025.

Respectfully Submitted,

/s/ Adam Solinger
ADAM M. SOLINGER
Attorney for Defendant

1