**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO.: 2:25-CR-00093-JAD-EJY** |
| | ) | |
| vs. | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING** |
| | ) | |
| **PAUL HYON KIM** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

7.    This is the first stipulation to continue sentencing.

8.    Sentencing is currently scheduled for May 27, 2026.

9.    The parties agree to the continuance and that a continuance is needed in the interest of justice.

10.    The additional time requested herein is not sought for purpose of delay, but rather to allow a mitigation report to be prepared by Dr. Paglini.

11.    Additionally, the parties are investigating some of the issues related to restitution.

12.    Mr. Kim has been advised, concurs with this request.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

3

ORDER

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for May 27, 2026, at the hour of 10 A.M. be vacated and continued August 27, 2026, at 10:00 AM.

DATED this 26th day of May 2026.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**