TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAUL HYON KIM,<br>Defendant. | Case No. 2:25-cr-0093-JAD-EJY<br><br>Stipulation to Release Five Vehicles to Their Present Owners and Waiver of Preservation |

1. Defendant Paul Hyon Kim, by and through his counsel, Adam M. Solinger and Michael L. Becker, Las Vegas Defense Group, LLC, and the United States of America, by and through Assistant United States Attorney Daniel J. Cowhig, stipulate and agree that the Federal Bureau of Investigation (FBI) may release the following evidence to the present owners:

a. a grey Tesla Model 3, VIN 5YJ3E1EA2SF899535;

b. a white Tesla Model 3, VIN 5YJ3E1EA7PF712426;

c. a grey Tesla Model X, VIN 7SAXCBE62PF383520;

d. a black Tesla Model Y, VIN 7SAYGDEF4SF247757; and

e. a white Tesla Model 3, VIN 5YJ3E1EAXMF090657.

2. Kim agrees that the United States no longer has a duty to preserve the five vehicles described above. Kim, through counsel, has taken the opportunity to examine and photograph these five vehicles, each of which was damaged in the offenses to which Kim has pleaded guilty. Kim agrees that the United States provided him access to the five vehicles, that Kim obtained comparable evidence from other sources, and that there is no bad faith on the part of the United States in releasing these five vehicles to their owners. Kim also waives any future claim of spoliation of evidence based upon the agreed-upon release of these vehicles from FBI control.

3. Kim has pleaded guilty in the captioned case. The sentencing hearing is currently set for October 14, 2026. Kim waives preservation of these vehicles for purposes of sentencing proceedings and any other future proceedings related to the captioned case, including any trial, appeal, or collateral challenge.

4. Kim waives all rights to challenge, appeal or otherwise contest the validity of this stipulation and order.

Stipulated and agreed this October 14, 2026.

ADAM M. SOLINGER
MICHAEL L. BECKER
Las Vegas Defense Group
Attorneys for Paul Hyon Kim

DANIEL J. COWHIG
Assistant United States Attorney

IT IS SO ORDERED:

HONORABLE JENNIFER A. DORSEY
United States District Judge