TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HYON KIM,<br><br>Defendant. | Case No. 2:25-cr-0093-JAD-EJY<br><br>Stipulation to Return Electronic Devices to Defendant and Waiver of Preservation |

1. Defendant Paul Hyon Kim, by and through his counsel, Adam M. Solinger and Michael L. Becker, Las Vegas Defense Group, LLC, has requested the Federal Bureau of Investigation (FBI) release the following evidence, consisting of various types of electronic devices, to Kim:

a. a dark-color iPhone in multicolor case;

b. a Cooler Master tower, serial number BC922MKKN31130600541;

c. a PlayStation PS4, serial number MB260957526;

d. a San disk 128 GB memory card, serial number BP1722151514G;

e. a San Disk Micro SD card, marked 2018-03-12;

f. a San Disk Micro SD card, marked 2019-10-22;

g. a USB without serial number;

h. a Lenovo laptop, serial number YB01807406;

i. two 16 GB San Disk memory cards;

j. a 32 GB San Disk memory card;

k. a SKYBEN USB marked YHT-USB-LED;

l. a WD My Book Essential drive, serial number WCAZAJ985740;

m. a WD drive serial number WCAZA6076362;

n. a Seagate 2 TB drive, serial number NA95CP28;

o. a WD Easystore drive, serial number WXT1A58N662P;

p. a San Disk 1 TB drive, serial number 2325EH402868;

q. a San Disk 128 GB drive, serial number 8436BL00105ST;

r. a San Disk Cruzer Glide 3.0 64 GB drive serial number BN200558043W;

s. a Seagate 5 TB drive, serial number NA9SM3KT;

t. a Fractal Design computer tower, serial number 2021FD00740500800;

u. a San Disk Cruzer Glide 3.0. 64 GB drive, model SDCZ600-064G, serial number BN200558043W;

v. a PNY Micro SD card, serial number P-CRMUS3A-BXV13219;

w. a Lenovo laptop with power cord, serial number MP2MIWAV;

x. a drone remote with batteries;

y. a Samsung 256 GB drive, serial number S1ATNEAD561853L;

z. a Seagate drive, serial number Z1YOF1JW;

aa. two 128 GB SD cards in a case;

bb. a Ninja Flame Atomos HDR recorder, serial number K3A94NJF50I18;

cc. a Canon Camera 5D Mark IV, serial number 282057000139;

dd. a Go Pro camera, serial number CE501325649741, with SD card;

ee. a Mavic 2 drone, serial number CHITT 2018AP3184, with 2 SD cards;

ff. a black Panoramic router, serial number 212930069014210310;

gg. a white Cox router, serial number 25S4H6FHEA13153; and

hh. an LG Verizon 4G LTE phone with cracked screen.

2. Kim, by and through his counsel, and the United States of America, by and through Assistant United States Attorney Daniel J. Cowhig, stipulate and agree that the FBI may release the forgoing physical evidence to Kim. Kim agrees that the United States no longer has a duty to preserve the electronic devices described above. Kim agrees that the United States provided him access to the forgoing physical evidence, that Kim obtained comparable evidence from other sources, and that there is no bad faith on the part of the United States in releasing the electronic devices described above to him. Kim waives any future claim of spoliation of evidence based upon the agreed-upon release of these items from FBI control.

3. Kim stipulates and agrees the FBI will retain custody of any and all electronic evidence extracted from these electronic devices for the duration of any future proceeding related to this case, including any trial, appeal or collateral challenge. Kim waives any future challenge to the foundation or authenticity of evidence extracted from these items in any future proceeding related to this case, including any trial, appeal or collateral challenge.

4. Kim stipulates and agrees that he will take possession of all of the foregoing items through a person designated in writing by him on or before Friday December 4, 2026. Kim stipulates and agrees that if he fails to take possession of the foregoing items by that date, he will

forfeit his interest in the property on that date and the FBI may dispose of the property at any time thereafter.

5. Kim has pleaded guilty in the captioned case. The sentencing hearing is currently set for October 14, 2026. Kim waives preservation of these electronic devices for purposes of sentencing proceedings and any other future proceedings related to the captioned case, including any trial, appeal, or collateral challenge.

6. Kim waives all rights to challenge, appeal or otherwise contest the validity of this stipulation and order.

Stipulated and agreed this October 14, 2026.

ADAM M. SOLINGER
MICHAEL L. BECKER
Las Vegas Defense Group
Attorneys for Paul Hyon Kim

DANIEL J. COWHIG
Assistant United States Attorney

IT IS SO ORDERED:

HONORABLE JENNIFER A. DORSEY
United States District Judge